IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

____FILED  ____ENTERED
____LODGED

JUN 0 1 2007

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Court No. S-98-2477 |
| FRANK E. BRYANT, | : |
| Defendant. | : |

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded on July 6, 1999, Case # 24-L-99-002678, Receipt # 199900016794, with the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

BY: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __31__ day of __May__, 2007, a copy of the foregoing was delivered by first class mail to:

Frank E. Bryant
3177 Freeway
Baltimore, MD 21227

Thomas F. Corcoran
Assistant United States Attorney